1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Crystal Halpin,<br><br>               Plaintiff,<br><br>v.<br><br>Complete Payment Recovery Services, Inc., et al.,<br><br>               Defendants. | Case No.  ED CV 17-01805-AB (JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 28, 2018      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE